# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICKEY HUNTER; MARCOS MEZA; KENNETH NOLES; BRENT RILEY; and STEVEN STANDRIDGE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AGILITY ENERGY INC.; and DILLON PING. individually and as an officer, director, shareholder, and/or principal of AGILITY ENERGY INC. <br><br> Defendants. | Case No.: 2:18-CV-00618 <br><br><br> Judge Ted Stewart |

## ORDER

**THIS MATTER**, having been brought before this Court by Valli Kane & Vagnini LLP and Hollingsworth Law Office, LLC, attorneys for Plaintiffs Rickey Hunter, Marcos Meza, Kenneth Noles, Brent Riley, and Steven Standridge (collectively, "Plaintiffs") seeking the entry of an Order granting Plaintiffs' Unopposed Motion to for Approval of a FLSA Settlement.

It is on this 23rd day of April, 2020,

**ORDERED** that the Parties' proposed settlement agreement is hereby approved.

**ORDERED** that the Court will retain jurisdiction over this matter until all monies are paid pursuant to the settlement agreement.

**ORDERED** that Plaintiffs shall notify the Court that all monies have been paid pursuant to the settlement agreement within ten (10) days of the final payment.

2

**ORDERED** that this matter is dismissed with prejudice following Plaintiffs' notification to the Court that all monies have been paid pursuant to the settlement agreement.

Dated: This 23rd Day of April, 2020

_____
TED STEWART
U.S. DISTRICT JUDGE