AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

RICKEY HUNTER; MARCOS MEZA;
KENNETH NOLES; BRENT RILEY;
and STEVEN STANDRIDGE,
individually and on behalf of all others
similarly situated,

        Plaintiffs

v.

AGILITY ENERGY INC.; and DILLON
PING individually and as an officer,
director, shareholder, and/or principal of
AGILITY ENERGY INC.,

        Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-CV-618 TS

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff and against Defendant Agility Energy Inc. in the amount of $27,040.00.

September 28, 2021
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge